802 A.2d 616

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Wayne Anthony RODNEY, Respondent.**

**Nos. 743 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of June, 2002, the Petition for Allowance of Appeal is granted and it is hereby

ORDERED that Wayne Anthony Rodney be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.